Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEMA LIAGA,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, PENSKE TRUCK LEASING CO., L.P., HEALTHCARE AND INCOME PROTECTION PLAN; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:10-CV-07664-RGK (OPx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41] |

/ / /

/ / /

/ / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

[PROPOSED] ORDER RE STIPULATION FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE

# ORDER

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. 2:10-CV-07664-RGK (OPx) is dismissed in its entirety as to all defendants, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

DATED: May 27, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT